**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM SYDNOR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  20-2280** |
| | : | |
| **KLM TRANS INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 17th day of July 2020, upon considering the Plaintiff's Motion for leave to amend to add a new Defendant (ECF Doc. No. 17), third-party Defendant HM Logistics, LLC's Opposition (ECF Doc. No. 18), Plaintiff's Reply (ECF Doc. No. 19), and for reasons in the accompanying Memorandum, it is **ORDERED** the Plaintiff's Motion for leave (ECF Doc. No. 17) is **DENIED**.

**KEARNEY, J.**